IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 15 PM 2: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

THOMAS & BETTS CORPORATION and
THOMAS & BETTS INTERNATIONAL, INC.

    Plaintiffs,

v.

ARLINGTON INDUSTRIES, INC.,

    Defendant.

Civil Action No. 2:05-cv-2313 MI/P

---

### ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT APPEARING to the Court that Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice prior to service by Defendant of a responsive pleading in this action.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TENNESSEE

Date: Aug 15, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-15-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02313 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT