FILED BY ____ D.C.

05 AUG 15 PM 2: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

THOMAS & BETTS CORPORATION and
THOMAS & BETTS INTERNATIONAL, INC.     **JUDGMENT IN A CIVIL CASE**

VS

ARLINGTON INDUSTRIES, INC.              CASE NO: 05-2313 Ml/P

---

Upon dismissal by the plaintiff:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order Granting Voluntary Dismissal Without Prejudice filed August, 15, 2005, this case is DISMISSED without prejudice.


APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Aug 15, 2005
_____
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-15-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02313 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT